UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                        :
ICICI BANK UK PLC,                                      :      Case No. 1:15-cv-05379 (VEC)
                                                        :
                        Plaintiff,                      :
                                                        :
              - against -                               :
                                                        :      **NOTICE OF APPEARANCE**
CARGILL, INCORPORATED and CARGILL                       :
FINANCIAL SERVICES INTERNATIONAL, INC.,                 :
                                                        :
                        Defendants.                     :
                                                        :
-----------------------------------------------------------------X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

        Please enter my appearance as counsel of record in this case for plaintiff  ICICI Bank UK

Plc.  I certify that I am admitted to practice before this Court.


 Dated:   New York, New York              SULLIVAN & WORCESTER LLP
          July 22, 2015


                                          By: /s/Clark A. Freeman_____
                                             Clark A. Freeman
                                          1633 Broadway, 32nd Floor
                                          New York, NY  10019
                                          (T) 212-660-3000
                                          (F) 212-660-3001
                                          cfreeman@sandw.com

                                          *Attorneys for plaintiff  ICICI Bank UK Plc*