UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ICICI BANK UK PLC,                                                : Case No. 1:15-cv-05379 (VEC)
:
Plaintiff,                                        :
:
- against -                                             :
: **AFFIRMATION OF SERVICE**
CARGILL, INCORPORATED and CARGILL                                 :
FINANCIAL SERVICES INTERNATIONAL, INC.,     :
:
Defendants.                                        :
:
------------------------------------------------------------------X

CLARK A. FREEMAN, pursuant to 28 U.S.C. § 1746, declares:

1. I am an associate with the law firm of Sullivan & Worcester LLP, counsel to plaintiff ICICI Bank UK Plc. I make this declaration based on personal knowledge.

2. On July 13, 2015, I served the Summons and Complaint in this action on defendant Cargill, Incorporated by certified mail, return receipt requested, to 9350 Excelsior Boulevard, Mail Stop 142-4B, Hopkins, MN 55343, pursuant to provisions of a certain Corporate Program Seller Agreement, effective November 8, 2012.

3. On July 13, 2015, I also served the Summons and Complaint in this action on defendant Cargill Financial Services International, Inc. by certified mail, return receipt requested, to 9350 Excelsior Boulevard, Mail Stop 142-4B, Hopkins, MN 55343, pursuant to provisions of a certain Corporate Program Seller Agreement, effective November 8, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       July 22, 2015                        /s/Clark A. Freeman
                                            Clark A. Freeman