UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
ICICI BANK UK PLC,                                     :   Case No. 1:15-cv-05379 (VEC)
:
                        Plaintiff,     :
:
       - against -                               :   **AFFIRMATION OF SERVICE**
:
CARGILL, INCORPORATED and CARGILL      :
FINANCIAL SERVICES INTERNATIONAL, INC., :
:
                    Defendants.    :
:
------------------------------------------------------------------X

CLARK A. FREEMAN, pursuant to 28 U.S.C. § 1746, declares:

    1.    I am an associate with the law firm of Sullivan & Worcester LLP, counsel to plaintiff ICICI Bank UK Plc.  I make this declaration based on personal knowledge.

    2.    On July 14, 2015, I served the Summons and Complaint in this action on defendant Cargill, Incorporated by certified mail, return receipt requested, to 9350 Excelsior Boulevard, Mail Stop 142-4B, Hopkins, MN 55343, pursuant to provisions of a certain Corporate Program Seller Agreement, effective November 8, 2012.

    3.    On July 14, 2015, I also served the Summons and Complaint in this action on defendant Cargill Financial Services International, Inc. by certified mail, return receipt requested, to 9350 Excelsior Boulevard, Mail Stop 142-4B, Hopkins, MN 55343, pursuant to provisions of a certain Corporate Program Seller Agreement, effective November 8, 2012.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       July 24, 2015                         /s/Clark A. Freeman
                                                  Clark A. Freeman