UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
ICICI BANK UK PLC, :
: Case No. 15-5379 (VEC)
Plaintiff, :
:
- against - :
: **NOTICE OF APPEARANCE**
:
CARGILL, INCORPORATED and CARGILL :
FINANCIAL SERVICES INTERNATIONAL, INC., :
:
Defendants. :
:
------------------------------------------------------------------------ X

    PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Steven M. Bierman, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of Defendants Cargill, Incorporated and Cargill Financial Services International, Inc.  The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated:  New York, New York
        July 31, 2015

                                    SIDLEY AUSTIN LLP

                                    By:  /s/ Steven M. Bierman
                                         Steven M. Bierman
                                         787 Seventh Avenue
                                         New York, New York 10019
                                         Tel:  (212) 839-5300
                                         Fax:  (212) 839-5599
                                         sbierman@sidley.com

                                         *Counsel for Defendants Cargill,*
                                         *Incorporated and Cargill Financial*
                                         *Services International, Inc.*