UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
::::::::::::::
ICICI BANK UK PLC,

                Plaintiff,

    - against -

CARGILL, INCORPORATED and CARGILL
FINANCIAL SERVICES INTERNATIONAL, INC.,

                Defendants.
------------------------------------------------------------------------- X

Case No. 15-5379 (VEC)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Marissa Alter-Nelson of the law firm Sidley Austin LLP hereby appears in this action for and on behalf of Defendants Cargill, Incorporated and Cargill Financial Services International, Inc. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated:  New York, New York
         July 31, 2015

                                                  SIDLEY AUSTIN LLP

                                                  By:  /s/ Marissa Alter-Nelson
                                                      Marissa Alter-Nelson
                                                       787 Seventh Avenue
                                                     New York, New York 10019
                                                     Tel:  (212) 839-5300
                                                     Fax: (212) 839-5599
                                                     malternelson@sidley.com

                                                   *Counsel for Defendants Cargill,*
                                                   *Incorporated and Cargill Financial*
                                                   *Services International, Inc.*