UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :

ICICI BANK UK PLC,                          :   Case No. 15-5379 (VEC)

                Plaintiff,                       :

                                                :   **RULE 7.1 CORPORATE**
                vs.                          :   **DISCLOSURE STATEMENT OF**
                                                :   **DEFENDANT CARGILL,**
CARGILL, INCORPORATED AND CARGILL   :   **INCORPORATED**
FINANCIAL SERVICES INTERNATIONAL INC., :

                                                 :
                Defendants.                    :
                                                 :
------------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Cargill, Incorporated, certifies that Cargill, Incorporated is a privately held corporation.  No other public entity owns 10% or more of Cargill, Incorporated.

Dated: New York, New York
       July 31, 2015

                                                 By: <u>/s/ Steven M. Bierman</u>
                                                       Steven M. Bierman
                                                       (sbierman@sidley.com)
                                                       Marissa Alter Nelson
                                                       (malternelson@sidley.com)
                                                       SIDLEY AUSTIN LLP
                                                       787 Seventh Avenue
                                                        New York, New York 10019
                                                        Tel: (212) 839-5300
                                                        Fax: (212) 839-5599

*Counsel for Defendant Cargill, Incorporated*

2