UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
ICICI BANK UK PLC,                                            :  Case No. 15-5379 (VEC)
                                                              :
             Plaintiff,                                       :
                                                              :  **RULE 7.1 CORPORATE**
       vs.                                                    :  **DISCLOSURE STATEMENT OF**
                                                              :  **DEFENDANT CARGILL**
CARGILL, INCORPORATED AND CARGILL                             :  **FINANCIAL SERVICES**
FINANCIAL SERVICES INTERNATIONAL INC.,                        :  **INTERNATIONAL, INC.**
                                                              :
             Defendants.                                      :
                                                              :
-------------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Cargill Financial Services International, Inc., certifies that Cargill Financial Services International, Inc. is a wholly owned subsidiary of Cargill Financial Services Corporation.  Cargill Financial Services Corporation is a wholly owned subsidiary of Cargill, Incorporated, a privately held corporation.

Dated: New York, New York
          July 31, 2015

                                              By: /s/ Steven M. Bierman
                                              Steven M. Bierman
                                              (sbierman@sidley.com)
                                              Marissa Alter Nelson
                                              (malternelson@sidley.com)
                                              SIDLEY AUSTIN LLP
                                              787 Seventh Avenue
                                              New York, New York 10019
                                              Tel: (212) 839-5300
                                              Fax: (212) 839-5599

2

*Counsel for Defendant Cargill Financial Services International, Inc.*