

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
(212) 839 5300
(212) 839 5599 FAX

BEIJING
BOSTON
BRUSSELS
CENTURY CITY
CHICAGO
DALLAS
GENEVA

HONG KONG
HOUSTON
LONDON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO

SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

sbierman@sidley.com
(212) 839-5510

FOUNDED 1866

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:     7/31/2015



July 31, 2015

**By ECF and Hand Delivery**

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

> Re:  *ICICI Bank UK PLC v. Cargill, Incorporated and Cargill Financial Services International, Inc.*, Case No. 15-5379

Dear Judge Caproni:

    We represent defendants Cargill, Incorporated and Cargill Financial Services International, Inc. (together, "Defendants"). Pursuant to Sections 1.C and 1.E of Your Honor's Individual Practices, we respectfully request that the Court so-order the enclosed Stipulation and Proposed Order executed on behalf of the parties extending Defendants' time to answer, move, or otherwise respond to the Complaint from August 4, 2015, to September 3, 2015. This action was commenced on July 13, 2015, and we were retained thereafter. As noted, counsel for Plaintiffs consent to the requested extension. Defendants have not made any prior request for such relief.

    In addition, counsel for the parties have conferred, and, pursuant to Section 1.C of Your Honor's Individual Practices, we respectfully request that the initial pretrial conference scheduled for August 14, 2015 pursuant to the Court's July 13, 2015 Order be adjourned to a date convenient to the Court. In this regard, counsel for both sides note their availability on Friday, September 4, 2015, and Friday, September 18, 2015. The parties accordingly also request that the associated dates by which to submit a joint letter and proposed civil case management plan and scheduling order in advance of such conference be extended to seven days prior to the re-scheduled initial pretrial conference, or to any other date convenient to the Court. We request this adjournment in order to allow sufficient time to confer regarding the issues to be discussed at the conference. No party has made any prior request for the relief described above.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.



Honorable Valerie Caproni
July 31, 2015
Page 2

Thank you for your consideration. Please do not hesitate to contact us should Your Honor have any questions or concerns.

Respectfully submitted,

Steven M. Bierman

Enclosure

cc: Michael Sullivan, Esq., Counsel for Plaintiff (by ECF and e-mail)

Defendants' request for an extension of the time to answer, move with respect to, or otherwise respond to the Complaint is GRANTED, as reflected on the parties' so-ordered stipulation. The parties' request to adjourn the Initial Pretrial Conference is DENIED.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
Date: July 31, 2015