USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/31/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ICICI BANK UK PLC,

               Plaintiff,

      vs.

CARGILL, INCORPORATED AND CARGILL
FINANCIAL SERVICES INTERNATIONAL INC.,

               Defendants.

-------------------------------------------------------------X

Case No. 15-5379 (VEC)

**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ICICI Bank UK PLC and Defendants Cargill, Inc. and Cargill Financial Services International, Inc., through their respective undersigned counsel, that the time within which Defendants may answer, move, or otherwise respond to the Complaint be, and the same hereby is, extended from August 4, 2015 until and including September 3, 2015.

Dated: July 30, 2015

SULLIVAN & WORCESTER LLP

By: _/s/ Michael T Sullivan/caf_
Michael T. Sullivan
(msullivan@sandw.com)
1633 Broadway, 32nd Floor
New York, New York 10019
Tel: (212) 660-3000
Fax: (212) 660-3001

*Counsel for Plaintiff*

SIDLEY AUSTIN LLP

By: _/s/ Steven M. Bierman_
Steven M. Bierman
(sbierman@sidley.com)
Marissa Alter Nelson
(malternelson@sidley.com)
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

*Counsel for Defendants*

SO ORDERED.

_/s/ Valerie Caproni_

Date: July 31, 2015   HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE