```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ICICI BANK UK PLC,                                             :
                                                               :
                                        Plaintiff,             :
                                                               :
            -against-                                          :
                                                               :
CARGILL, INC. and CARGILL FINANCIAL                            :
SERVICES INTERNATIONAL, INC.,                                  :
                                                               :
                                        Defendants.            :
-------------------------------------------------------------- X     15-CV-5379 (VEC)
CARGILL, INC. and CARGILL FINANCIAL                            :
SERVICES INTERNATIONAL, INC.,                                  :     ORDER
                                                               :
                                        Third-Party Plaintiffs,:
                                                               :
            -against-                                          :
                                                               :
THE RECEIVABLES EXCHANGE, LLC,                                 :
                                                               :
                                        Third-Party Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on August 17, 2015, the Court entered a Civil Case Management Plan and

Scheduling Order, setting a fact discovery deadline of January 15, 2016; and

   WHEREAS on August 24, 2015, Defendants filed a third-party complaint against Third-

Party Defendant The Receivables Exchange, LLC;

   IT IS HEREBY ORDERED that all deadlines contained in the Civil Case Management

Plan and Scheduling Order apply to the third-party action as well.  Any requests to extend the

already-expanded fact discovery period must be filed in writing well before the deadline the filer seeks to extend.

**SO ORDERED.**

**Date: August 26, 2015**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**