UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ICICI BANK UK PLC,

      Plaintiff,

  vs.

CARGILL, INCORPORATED AND CARGILL
FINANCIAL SERVICES INTERNATIONAL,
INC.,

      Defendants,

------------------------------------X

CARGILL, INCORPORATED AND CARGILL
FINANCIAL SERVICES INTERNATIONAL,
INC.,

      Third-Party Plaintiffs,

  vs.

THE RECEIVABLES EXCHANGE, LLC,

      Third-Party Defendant.

------------------------------------X

Case No. 15-cv-5379 (VEC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
          ) S.S:
COUNTY OF NEW YORK )

  I, Steven Torres, being duly sworn, depose and say:

  1.  I am over eighteen (18) years of age, I am not a party to this action, I reside within the State of New York, and I am currently employed by Nationwide Legal Inc.

  2.  On August 25, 2015, at approximately 3:53 P.M., I personally served true and correct copies of the Summons on a Third-Party Complaint, Third-Party Complaint, Complaint with Exhibits A - D, Individual Rules of Practice in Civil Cases of Judge Valerie E. Caproni,

Individual Practices of Magistrate Judge Ronald L. Ellis, and Electronic Case Filing Rules & Instructions, by hand-delivery, upon:

> The Receivables Exchange, LLC
> 100 Park Avenue, 30th Floor
> New York, New York 10017

3. The aforementioned document was delivered to and accepted by Laura Greene (Legal Clerk), a Caucasian female, with blonde hair, approximately 45 years old, approximately 5'6" in height, and weighing approximately 165 lbs., who stated that she was authorized to accept service on behalf of The Receivables Exchange, LLC.

_____
Steven Torres
*(License # 1372099)*

Subscribed and sworn to before me this 26th day of August, 2015.

_____
Notary Public

SYLVIA RENEE LEWIS
Notary Public, State of New York
No. 01LE6142505
Qualified in New York County
Commission Expires March 20, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ICICI BANK UK PLC,

                Plaintiff,

        vs.

CARGILL, INCORPORATED AND CARGILL
FINANCIAL SERVICES INTERNATIONAL,
INC.,

                Defendants,
------------------------------------X

CARGILL, INCORPORATED AND CARGILL
FINANCIAL SERVICES INTERNATIONAL,
INC.,

                Third-Party Plaintiffs,

        vs.

THE RECEIVABLES EXCHANGE, LLC,

                Third-Party Defendant.
------------------------------------X

Case No. 15-cv-5379 (VEC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                               ) S.S:
COUNTY OF NEW YORK  )

    I, Ramon Lopez, being duly sworn, depose and say:

    1.    I am over eighteen (18) years of age, I am not a party to this action, I reside within the State of New York, and I am currently employed by Nationwide Legal Inc.

    2.    On August 25, 2015, at approximately 4:15 P.M., I personally served true and correct copies of the foregoing Summons on a Third-Party Complaint, Third-Party Complaint, Complaint with Exhibits A - D, Individual Rules of Practice in Civil Cases of Judge Valerie E.

Caproni, Individual Practices of Magistrate Judge Ronald L. Ellis, and Electronic Case Filing Rules & Instructions, by hand-delivery, upon:

> The Receivables Exchange, LLC
> 11 Wall Street, 15th Floor
> New York, New York 10005

3.  The aforementioned document was delivered to and accepted by Ceydi Brea (Paralegal), a Hispanic female, with brown hair, approximately 30 years old, approximately 5'5" in height, and weighing approximately 165 lbs., who stated that she was authorized to accept service on behalf of The Receivables Exchange, LLC.

_____
Ramon Lopez
*(License # 1420005)*

Subscribed and sworn to before me this 27th day of August, 2015.

_____
Notary Public

**JAMES R. CAGNEY**
NOTARY PUBLIC, State of New York
No. 01CA6156968
Qualified in New York County
Commission Expires February 10, 2015
JUNE 9, 2019

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

ICICI BANK UK PLC,

                Plaintiff,

      vs.

CARGILL, INCORPORATED AND CARGILL
FINANCIAL SERVICES INTERNATIONAL,
INC.,

                Defendants,
------------------------------------------------X

CARGILL, INCORPORATED AND CARGILL
FINANCIAL SERVICES INTERNATIONAL,
INC.,

                Third-Party Plaintiffs,

      vs.

THE RECEIVABLES EXCHANGE, LLC,

                Third-Party Defendant.
------------------------------------------------X

Case No. 15-cv-5379 (VEC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              ) S.S:
COUNTY OF NEW YORK  )

      I, Rebecca S. Levenson, being duly sworn, depose and say that I am over eighteen (18) years of age, I am not a party to this action, I reside within the State of New York, and I am associated with the law firm of Sidley Austin LLP. On August 25, 2015, pursuant to the terms of the Corporate Program Seller Agreement, dated November 8, 2012, I served true and correct copies of the foregoing Summons on a Third-Party Complaint, Third-Party Complaint, Complaint with Exhibits A - D, Individual Rules of Practice in Civil Cases of Judge Valerie E.

Caproni, Individual Practices of Magistrate Judge Ronald L. Ellis, and Electronic Case Filing Rules & Instructions, via certified mail, return receipt requested, upon:

> The Receivables Exchange, LLC
> 935 Gravier Street, 12th Floor
> New Orleans, LA 70112
>
> The Receivables Exchange, LLC
> 100 Park Avenue, 30th Floor
> New York, New York 10017
>
> The Receivables Exchange, LLC
> 11 Wall Street, 15th Floor
> New York, New York 10005

_____
Rebecca S. Levenson

Subscribed and sworn to before me this 27th day of August, 2015.

_____
Notary Public

**JAMES R. CAGNEY**
NOTARY PUBLIC, State of New York
No. 01CA6156968
Qualified in New York County
Commission Expires ~~February 10, 2015~~
JUNE 9, 2019

2