

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | HONG KONG | SHANGHAI |
| 787 SEVENTH AVENUE | BOSTON | HOUSTON | SINGAPORE |
| NEW YORK, NY 10019 | BRUSSELS | LONDON | SYDNEY |
| (212) 839 5300 | CENTURY CITY | LOS ANGELES | TOKYO |
| (212) 839 5599 FAX | CHICAGO | NEW YORK | WASHINGTON, D.C. |
| | DALLAS | PALO ALTO | |
| | GENEVA | SAN FRANCISCO | |
| sbierman@sidley.com | | | |
| (212) 839-5510 | FOUNDED 1866 | | |

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2015

September 4, 2015

By ECF and Hand Delivery

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re: *ICICI Bank UK plc v. Cargill, Incorporated and Cargill Financial Services International, Inc.*, Case No. 15-5379

Dear Judge Caproni:

      We represent defendants Cargill, Incorporated and Cargill Financial Services International, Inc. Pursuant to your Individual Practices in Civil Cases, and with the consent of counsel for all parties, we write to request an extension of time, to September 11, 2015, of the time within which the parties may submit an agreed Proposed Protective Order. The Civil Case Management Plan and Scheduling Order (ECF No. 20) entered in this case provides that such agreed Proposed Protective Order is due today; however, in order to reach agreement between all three parties to this case, including the recently-joined Third Party Defendant The Receivables Exchange, LLC, the parties require the requested additional time. This is the parties' first request for an extension of time with respect to the proposed Protective Order. As noted above, counsel for Plaintiff ICICI Bank UK plc and counsel for Third-Party Defendant The Receivables Exchange, LLC consent to this request.

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
Date: September 8, 2015

Respectfully submitted,

/s/ Steven M. Bierman

Steven M. Bierman

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.



Honorable Valerie E. Caproni
September 4, 2015
Page 2


cc: Michael Sullivan, Esq., Counsel for Plaintiff (by ECF and e-mail)
    Glenn Burlingame, Esq., Counsel for Third-Party Defendant (by e-mail)