UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ICICI BANK UK PLC,<br><br>         Plaintiff,<br><br> - against -<br><br>CARGILL, INCORPORATED and CARGILL FINANCIAL SERVICES INTERNATIONAL, INC.,<br><br>         Defendant. | Case No. 15-5379 (VEC)<br><br>**NOTICE OF APPEARANCE** |
| CARGILL, INCORPORATED and CARGILL FINANCIAL SERVICES INTERNATIONAL, INC.,<br><br>        Third-Party Plaintiffs,<br><br> - against –<br><br>THE RECEIVABLES EXCHANGE, LLC,<br><br>       Third-Party Defendant. | |

PLEASE TAKE NOTICE that the undersigned, Michael E. Sims, hereby appears as counsel for third-party defendant The Receivables Exchange, LLC, and requests that copies of all papers in this action be served upon me at the address below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
    September 8, 2015

              ZEICHNER ELLMAN & KRAUSE LLP

          By:  /s/ Michael E. Sims
             Michael E. Sims
             1211 Avenue of the Americas
             New York, New York 10036
             (212) 223-0400
             msims@zeklaw.com
             *Attorneys for Third-Party Defendant*

825225v1