UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ICICI BANK UK PLC,<br><br>                                  Plaintiff,<br><br>- against -<br><br>CARGILL, INCORPORATED and CARGILL FINANCIAL SERVICES INTERNATIONAL, INC.,<br><br>                                  Defendant.<br><br>CARGILL, INCORPORATED and CARGILL FINANCIAL SERVICES INTERNATIONAL, INC.,<br><br>                                Third-Party Plaintiffs,<br><br>- against –<br><br>THE RECEIVABLES EXCHANGE, LLC,<br><br>                                Third-Party Defendant. | Case No. 15-5379 (VEC)<br><br>**THE RECEIVABLES EXCHANGE, LLC'S RULE 7.1 CORPORATE <u>DISCLOSURE STATEMENT</u>** |

        Pursuant to Fed. R. Civ. P. 7.1, third-party defendant The Receivables Exchange, LLC states that it is a wholly owned subsidiary of The Receivables Exchange, Inc., which is a privately held company.  No publicly held corporation owns 10% or more of The Receivables Exchange, Inc.

Dated:   New York, New York
            September 8, 2015

                                              Zeichner Ellman & Krause LLP

                                    By:    /s/ Michael E. Sims
                                             Michael E. Sims
                                             1211 Avenue of the Americas
                                             New York, New York 10036

(212) 223-0400
msims@zeklaw.com

*Attorneys for Third-Party Defendant
The Receivables Exchange, LLC*

825233v1