UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ICICI BANK UK PLC,<br><br>         Plaintiff,<br><br>  - against -<br><br>CARGILL, INCORPORATED and CARGILL FINANCIAL SERVICES INTERNATIONAL, INC.,<br><br>         Defendant.<br><br>CARGILL, INCORPORATED and CARGILL FINANCIAL SERVICES INTERNATIONAL, INC.,<br><br>         Third-Party Plaintiffs,<br><br>  - against –<br><br>THE RECEIVABLES EXCHANGE, LLC,<br><br>         Third-Party Defendant. | Case No. 15-5379 (VEC)<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned, Stuart A. Krause, hereby appears as counsel for third-party defendant The Receivables Exchange, LLC, and requests that copies of all papers in this action be served upon me at the address below.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
     September 8, 2015

                   ZEICHNER ELLMAN & KRAUSE LLP

              By: /s/ Stuart A. Krause
                Stuart A. Krause
                1211 Avenue of the Americas
                New York, New York 10036
                (212) 223-0400
                skrause@zeklaw.com
                *Attorneys for Third-Party Defendant*

825228v1