ZEICHNER ELLMAN & KRAUSE LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5328
msims@zeklaw.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2015

September 11, 2015

**BY ECF**

Honorable Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

Application APPROVED. There will be no additional extensions.
SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Date: September 11, 2015

**ICICI Bank UK Plc v. Cargill, Incorporated and Cargill Financial Services International, Inc. v. The Receivables Exchange, LLC, Case No. 15-5379**

Dear Judge Caproni:

We are counsel to third-party defendant The Receivables Exchange, LLC ("TRE"). We write pursuant to Your Honor's Individual Practices to request that TRE's time to respond to the third-party complaint be extended from September 15, 2015 to October 6, 2015 due to scheduling conflicts, including the series of upcoming Jewish holidays. Third-Party Plaintiffs Cargill, Incorporated and Cargill Financial Services International, Inc. consent to the requested extension. This is TRE's first request for an extension of time and the request does not affect any other existing deadlines.

Respectfully submitted,

Michael E. Sims

MES:dct

cc: All Counsel (By ECF)