Stuart A. Krause, Esq.
skrause@zeklaw.com
Michael E. Sims, Esq.
msims@zeklaw.com

*Attorneys for Third-Party Defendant*
*The Receivables Exchange, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ICICI BANK UK PLC, <br><br> Plaintiff, <br><br> - against - <br><br> CARGILL, INCORPORATED and CARGILL FINANCIAL SERVICES INTERNATIONAL, INC., <br><br> Defendant. | Case No. 15-5379 (VEC) |
| CARGILL, INCORPORATED and CARGILL FINANCIAL SERVICES INTERNATIONAL, INC., <br><br> Third-Party Plaintiffs, <br><br> - against – <br><br> THE RECEIVABLES EXCHANGE, LLC, <br><br> Third-Party Defendant. | **DECLARATION IN SUPPORT OF MOTION TO DISMISS** |

STATE OF NEW YORK,
COUNTY OF NEW YORK.

      MICHAEL GONIK, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am a Managing Director of Third-Party Defendant The Receivables Exchange, LLC ("TRE"). I make this declaration in support of TRE's motion to dismiss the third-party complaint of Defendants/Third-Party Plaintiffs Cargill, Incorporated and Cargill Financial Services, Inc. (together, "Cargill"). I make this declaration based on TRE's books and records maintained in the ordinary course of business.

2. Attached as Exhibit A is a true and correct copy of the Corporate Seller Program Agreement effective as of November 8, 2012 by and between Cargill and TRE, including its Exhibits and Amendment No. 1.

I declare under penalty of perjury that the foregoing is true and correct.

October 6, 2015

_____
MICHAEL GONIK