

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
(212) 839 5300
(212) 839 5599 FAX

BEIJING
BOSTON
BRUSSELS
CENTURY CITY
CHICAGO
DALLAS
GENEVA

HONG KONG
HOUSTON
LONDON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO

SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

sbierman@sidley.com
(212) 839-5510

FOUNDED 1866

**MEMO ENDORSED**

October 21, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____10/21/15____

**By ECF and E-Mail**

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:   *ICICI Bank UK plc v. Cargill, Incorporated and Cargill Financial Services International, Inc.*, Case No. 15-5379

Dear Judge Caproni:

We represent Defendants and Third-Party Plaintiffs Cargill, Incorporated and Cargill Financial Services International, Inc. (collectively, "Third-Party Plaintiffs") in the above referenced action.  Pursuant to your Individual Practices in Civil Cases, and with the consent of counsel for all parties, we write to request an extension of the date to respond to TRE's Motion to Dismiss the Third-Party Complaint (ECF Nos. 42-44) by one week, from Friday, October 23, 2015 to Friday, October 30, 2015.  Third-Party Plaintiffs require additional time in order to confer with our client, whose schedule prevents us from doing so this week.  This is Third-Party Plaintiffs' first request for an extension of time with respect to the response to the Motion to Dismiss.  As noted above, counsel for Plaintiff ICICI Bank UK plc and counsel for Third-Party Defendant The Receivables Exchange, LLC consent to this request.

Respectfully submitted,

Steven M. Bierman

Application GRANTED.

SO ORDERED.

cc: All Counsel of Record (by ECF and e-mail)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE