



**MEMO ENDORSED**

October 28, 2015

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/28/15
```

    Re: *ICICI Bank UK plc v. Cargill, Incorporated and Cargill Financial Services International, Inc.*, 15 Civ. 5379

Dear Judge Caproni:

    We are counsel to plaintiff ICICI Bank UK plc (the "Bank") in the above-referenced matter.

    We write to request a brief extension of the Bank's time to file reply papers in further support of its motion to amend its complaint against Cargill, Incorporated and Cargill Financial Services International, Inc. (ECF Nos. 37-39) from Monday November 2, 2015 to Friday November 6, 2015. The extension is necessary because the undersigned will be out of the country starting this week and we require additional time to confer with our client.

    This is the first such request for an adjournment. All parties consent to the requested extension.

        Respectfully submitted,

        /s/Michael T. Sullivan

        Michael T. Sullivan

cc: All Counsel of Record (by ECF and email)

Application GRANTED.

SO ORDERED.

10/28/15

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

BOSTON   LONDON   NEW YORK   WASHINGTON, DC