# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5328
msims@zeklaw.com

November 3, 2015

**BY ECF**

Honorable Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

<u>ICICI Bank UK Plc v. Cargill, Incorporated and Cargill Financial Services International, Inc. v. The Receivables Exchange, LLC, Case No. 15-5379</u>

Dear Judge Caproni:

      We are counsel to the The Receivables Exchange, LLC ("TRE"). We write pursuant to Your Honor's Individual Practices to request a brief extension from Monday, November 9, 2015 to Friday, November 13, 2015 to file reply papers in support of TRE's motion to dismiss the third-party complaint of Cargill, Incorporated and Cargill Financial Services International, Inc. (together, "Cargill") (Doc. Nos. 42-44).

      We request the extension so that we may have additional time to confer with our client. This is TRE's first request for an extension of time with respect to its reply, and Cargill consents to the requested extension.

Respectfully submitted,

Michael E. Sims

MES:dct

cc:    All Counsel (By ECF)