

November 4, 2015

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *ICICI Bank UK plc v. Cargill, Incorporated and Cargill Financial Services International, Inc.*, 15 Civ. 5379

Dear Judge Caproni:

    We are counsel to plaintiff ICICI Bank UK plc (the "Bank") in the above-referenced matter.

    We write to request permission to file a reply brief not exceeding 15 pages in further support of the Bank's motion to amend its complaint against defendants Cargill, Incorporated and Cargill Financial Services International, Inc. (ECF Nos. 37-39), which is due Friday November 6, 2015. We request this page limit extension, from 10 to 15 pages, to allow the Bank to address each of the arguments raised in defendants' opposition brief.

                                    Respectfully submitted,

                                    /s/Michael T. Sullivan

                                    Michael T. Sullivan

cc: All Counsel of Record (by ECF and email)