

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com



MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/15
```

November 4, 2015

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

     Re: *ICICI Bank UK plc v. Cargill, Incorporated and Cargill Financial Services International, Inc.*, 15 Civ. 5379

Dear Judge Caproni:

     We are counsel to plaintiff ICICI Bank UK plc (the "Bank") in the above-referenced matter.

     We write to request permission to file a reply brief not exceeding 15 pages in further support of the Bank's motion to amend its complaint against defendants Cargill, Incorporated and Cargill Financial Services International, Inc. (ECF Nos. 37-39), which is due Friday November 6, 2015. We request this page limit extension, from 10 to 15 pages, to allow the Bank to address each of the arguments raised in defendants' opposition brief.

     Respectfully submitted,

     /s/Michael T. Sullivan

     Michael T. Sullivan

cc: All Counsel of Record (by ECF and email)

     Application GRANTED.

     SO ORDERED.

     *[signature]* 11/4/15

     HON. VALERIE CAPRONI
     UNITED STATES DISTRICT JUDGE

BOSTON   LONDON   NEW YORK   WASHINGTON, DC