Stuart A. Krause
Michael E. Sims
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, New York 10036

*Attorneys for The Receivables Exchange, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ICICI BANK UK PLC,<br><br>                    Plaintiff,<br><br>         - against -<br><br>CARGILL, INCORPORATED and CARGILL FINANCIAL SERVICES INTERNATIONAL, INC.,<br><br>                    Defendant. | Case No. 15-5379 (VEC)<br><br>**Notice of Motion to Dismiss ICICI Bank UK plc's Complaint against The <u>Receivables Exchange, LLC</u>** |
| CARGILL, INCORPORATED and CARGILL FINANCIAL SERVICES INTERNATIONAL, INC.,<br><br>                    Third-Party Plaintiffs,<br><br>         - against –<br><br>THE RECEIVABLES EXCHANGE, LLC,<br><br>                    Third-Party Defendant. | **Oral Argument Requested** |
| ICICI BANK UK PLC,<br><br>                    Plaintiff on the Additional Claim,<br><br>         - against –<br><br>THE RECEIVABLES EXCHANGE, LLC,<br><br>                    Defendant on the Additional Claim. | |

TAKE NOTICE, that upon the Declaration of Michael E. Sims dated December 7, 2015, and the exhibits attached thereto, the accompanying Memorandum

of Law, and upon all pleadings and proceedings previously had herein, Third-Party Defendant/Defendant on the Additional Claim The Receivables Exchange, LLC ("TRE") will make a motion before the Honorable Valerie Caproni, at the United States Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 443, New York, New York, for an order (i) pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, dismissing plaintiff ICICI Bank UK plc's Amended Complaint against TRE, and (ii) granting such other and further relief as the Court deems just and proper.

TAKE FURTHER NOTICE that, pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, any opposing affidavits and answering memoranda shall be served within fourteen days after service of this motion.

Dated:  New York, New York
        December 7, 2015

ZEICHNER ELLMAN & KRAUSE LLP

By: _____/s/ Michael E. Sims_____
    Stuart A. Krause
    skrause@zeklaw.com
    Michael E. Sims
    msims@zeklaw.com
    1211 Avenue of the Americas
    New York, New York 10036
    (212) 223-0400

    *Attorneys for The Receivables Exchange, LLC*

832592v1