ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5328
msims@zeklaw.com

December 15, 2015

**BY ECF**

Honorable Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

**ICICI Bank UK Plc v. Cargill, Incorporated and Cargill Financial Services International, Inc. v. The Receivables Exchange, LLC, Case No. 15-5379**

Dear Judge Caproni:

We are counsel to third-party defendant/defendant on the additional claim The Receivables Exchange, LLC ("TRE"). The current Civil Case Management Plan and Scheduling Order, which was entered before TRE was a party to the case, requires all fact discovery to be completed no later than January 15, 2006. See Doc. No 21. We write, with the consent of all parties, to request that the fact discovery deadline be extended by thirty days to February 15, 2016.

While all parties are proceeding diligently, the parties are still meeting and conferring regarding discovery objections and ESI issues such as search terms and custodians. We expect to conclude these meet and confer discussions shortly, but this leaves only four weeks for the parties to complete all document and deposition discovery, which will likely include out-of-state and, possibly, out-of-country depositions.

In short, this brief extension is necessary for the fair and orderly completion of discovery, particularly given TRE's pending motions to dismiss (plaintiff ICICI Bank UK ("ICICI") filed an Amended Complaint against TRE as recently as November 16) and ICICI's pending motion to amend its complaint against defendants/third-party plaintiffs Cargill, Incorporated and Cargill Financial Services

ZEICHNER ELLMAN & KRAUSE LLP

Honorable Valerie Caproni
December 15, 2015
Page 2


International, Inc. (the "Cargill Defendants"). As noted, both plaintiff ICICI and the Cargill Defendants consent to the requested extension, which is the first such request.

      We thank the Court for its consideration of this request.

                Respectfully submitted,

                Michael E. Sims

MES:dct

cc:    All Counsel (By ECF)