

December 17, 2015

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:  *ICICI Bank UK plc v. Cargill, Incorporated and Cargill Financial Services International, Inc.*, 15 Civ. 5379 (VEC)

Dear Judge Caproni:

    We represent ICICI Bank UK plc (the "Bank") in the above-referenced matter.

    We write to request a brief extension of the Bank's time to file papers in opposition to the motion filed by defendant The Receivables Exchange, LLC ("TRE") to dismiss the Bank's Amended Complaint (ECF Nos. 61-63), from Thursday December 24, 2015 to Thursday December 31, 2015.  The request is based on my travel schedule (I am travelling overseas for several days, beginning today), and a desire to accommodate the upcoming Christmas holiday.

    This is the first such request for an adjournment.  TRE consents to the requested extension.

    Respectfully submitted,

    /s/Michael T. Sullivan

    Michael T. Sullivan

cc:  All Counsel of Record (by ECF)