```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ICICI BANK UK PLC,                              :
                                                :
                            Plaintiff,:
                                                :
        -against-                               :
                                                :
CARGILL, INC. and CARGILL FINANCIAL             :
SERVICES INTERNATIONAL, INC.,                   :
                                                :
                            Defendants.:
---------------------------------------------------------------X
CARGILL, INC. and CARGILL FINANCIAL             :
SERVICES INTERNATIONAL, INC.,                   :
                                                :
                Third-Party Plaintiffs,:
                                                :
        -against-                               :
                                                :
THE RECEIVABLES EXCHANGE, LLC,                  :
                                                :
                Third-Party Defendant.:
---------------------------------------------------------------X
ICICI BANK UK PLC,                              :
                                                :
                            Plaintiff on :
                            the Additional:
                            Claim,              :
                                                :
        -against-                               :
                                                :
THE RECEIVABLES EXCHANGE, LLC,                  :
                                                :
                            Defendants:
                            on the:
                            Additional:
                            Claim.:
---------------------------------------------------------------X
```

|  |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:   12/18/15 |

15-CV-5379 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 5, 2015, Plaintiff ICICI Bank UK Plc filed a complaint against the Receivables Exchange, LLC (Dkt. 36);

WHEREAS on October 29, 2015, the Receivables Exchange, LLC filed a motion to dismiss that complaint (Dkt. 50);

WHEREAS on November 16, 2015, Plaintiff ICICI Bank UK Plc filed an amended complaint against the Receivables Exchange, LLC (Dkt. 60); and

WHEREAS on December 7, 2015, the Receivables Exchange, LLC filed a motion to dismiss that amended complaint (Dkt. 61);

IT IS HEREBY ORDERED that the October 29, 2015 Receivables Exchange, LLC motion to dismiss is denied as moot.  The Clerk of the Court is respectfully directed to terminate that motion (Dkt. 50).

**SO ORDERED.**

Date:  **December 18, 2015**  **VALERIE CAPRONI**
**New York, New York**  **United States District Judge**