## ZEICHNER ELLMAN & KRAUSE LLP

| | | |
|---|---|---|
| | 1211 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10036<br>(212) 223-0400<br>FAX: (212) 753-0396<br>www.zeklaw.com | 35 MASON STREET<br>GREENWICH, CT 06830<br>(203) 622-0900<br>FAX: (203) 862-9889 |
| DIRECT DIAL<br>(212) 826-5328<br>msims@zeklaw.com | | 103 EISENHOWER PARKWAY<br>ROSELAND, NJ 07068<br>(973) 618-9100<br>FAX: (973) 364-9960 |

January 5, 2016

**BY ECF**

Honorable Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

        **ICICI Bank UK Plc v. Cargill, Incorporated and Cargill Financial Services International, Inc. v. The Receivables Exchange, LLC, Case No. 15-5379**

Dear Judge Caproni:

        We are counsel to the The Receivables Exchange, LLC ("TRE"). We write pursuant to Your Honor's Individual Practices to request a brief extension from Monday, January 11, 2016 to Monday, January 18, 2016 to file reply papers in support of TRE's motion to dismiss plaintiff ICICI Bank UK plc's ("ICICI") Amended Complaint against TRE.

        ICICI's opposition was filed on December 31 and we request the extension based on scheduling concessions to the New Year's holiday. This is TRE's first such request, and ICICI consents to the requested extension.

Respectfully submitted,

*/s/ Michael E. Sims*

Michael E. Sims

MES:dct

cc:    All Counsel (By ECF)